RRM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS CHAVEZ-HERNANDEZ,<br>AKA: Jose De Jesus Chavez-<br>    Hernandez<br><br>        Defendant. | Criminal Case No. 07cr3336-L<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a)<br>and (b) - Deported Alien Found<br>in the United States<br>(Felony) |

The United States Attorney charges:

On or about November 14, 2007, within the Southern District of California, defendant JESUS CHAVEZ-HERNANDEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

CJB:mg:San Diego
11/29/2007

It is further alleged that defendant JESUS CHAVEZ-HERNANDEZ was removed from the United States subsequent to January 22, 2007.

DATED: 12/13/07

KAREN P. HEWITT
United States Attorney

J. Pul
for CARLA J. BRESSLER
Assistant U.S. Attorney