AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | 07cr3336-L |
| JESUS CHAVEZ-HERNANDEZ<br>AKA: Jose De Jesus Chavez-Hernandez | CASE NUMBER: 07mj2678 |

I, <u>JESUS CHAVEZ-HERNANDEZ</u>, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>12-13-07</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jose
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

RRM